# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 21st day of October, two thousand twenty-four,

| | |
|---|---|
| In Re: Payment Card Interchange Fee and Merchant Discount Antitrust Litigation, | **ORDER**<br>Docket No. 24-1653(L),<br>24-1808(con) |

This document refers to:

ALL RULE 23(b)(3) CLASS ACTIONS:
Block, Inc. v. Visa Inc., No. 23-cv-5377;
Lanning v. Visa Inc., No. 21-cv-2360;
Camp Grounds Coffee, LLC v. Visa, Inc., No. 21-cv-3401;
Intuit, Inc. v. Visa Inc., No. 21-cv-1175.

---

803 Kava LLC, CryoServices, Inc., DBA Andersonville Cryotherapy, DBA Athletic Recovery Center, Dell Fox Jewelry LLC, Maureen Roxberry, Hayley Lanning, SBG Designs, LLC, DBA Goldfine Jewelry, Shen Shu Acupuncture, PLLC,

    Plaintiff - Appellants,

Block, Inc.

    Plaintiff,

v.

Jack Rabbit, LLC,

    Objector - Appellant,

  v.

Visa, Inc., Mastercard Incorporation,

Defendants - Appellees.

_____

Counsel for APPELLEES Visa, Inc. and Mastercard Incorporation have filed a scheduling notification pursuant to the Court's Local Rule 31.2, setting January 13, 2025 as the brief filing date.

It is HEREBY ORDERED that Appellees' brief must be filed on or before January 13, 2025. If the brief is not filed by that date, the appeal will proceed to a merits panel for determination forthwith, and Appellee will be required to file a motion for permission to file a brief and appear at oral argument. A motion to extend the time to file the brief or to seek other relief will not toll the filing date. See Local Rule 27.1(f)(1); cf. RLI Insurance Co. v. JDJ Marine, Inc., 716 F.3d 41, 43-45 (2d Cir. 2013).

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

